**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JORGE MARIO PAREDES-CORDOVA,

Petitioner,

v.

WARDEN, FCI LOMPOC II, et al.,

Respondents.

Case No. 2:26-cv-09933-MWC-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has independently reviewed Petitioner's Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition and dismissing the action with prejudice.

Dated: November 16, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE