JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE MARIO PAREDES-CORDOVA,<br>Petitioner,<br>v.<br>WARDEN, FCI LOMPOC II, et al.,<br>Respondents. | Case No. 2:26-cv-09933-MWC-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and the action dismissed with prejudice.

Dated: November 16, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE